[No. 39386-3-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. T.B., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-8-03716-0, Bobbe J. Bridge, J., entered September 19, 1996. *Affirmed* by unpublished per curiam opinion.

[Nos. 39404-5-I; 39434-7-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL SAULSBURY, *Appellant.*

*In the Matter of the Personal Restraint of* DARRYL SAULSBURY, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-01362-1, Janice Niemi, J., entered August 26, 1996, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished per curiam opinion.

[No. 39459-2-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN THOMAS JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-02544-1, Stephen G. Scott, J., entered September 3, 1997. *Reversed* by unpublished per curiam opinion.

[No. 39564-5-I.    Division One.    December 1, 1997.]

ROGER WAGNER, ET AL., *Respondents*, v. DON FOOTE, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Skagit County, No. 91-2-00096-7, George E. McIntosh, J., entered September 30, 1996. *Affirmed* by unpublished per curiam opinion.